✗ Priority
✗ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO. CV 97-1617-RSWL                              DATE: 3/8/01

TITLE: The Babcock & Wilcox Co -v- Tidelands Oil Production Co., et al

---

PRESENT:     HONORABLE RONALD S.W. LEW, JUDGE

Helena G. Fagan                           Not Present
Deputy Clerk                              Court Reporter

ATTORNEYS FOR PLAINTIFFS:                 ATTORNEYS FOR DEFENDANTS:

Not Present                               Not Present

---

PROCEEDINGS: 1) DEFTS TIDELANDS & OIL TECH SVCS' MOTION FOR
                RECONSIDERATION OF PARTIAL DENIAL OF MOTION FOR SUMMARY
                JUDGMENT
             2) DEFTS TIDELANDS & OIL TECH SERVICES' MOTION TO CORRECT
                INVENTORSHIP; FOR RECONSIDERATION OF SUMMARY JUDGMENT
                AS TO 35 USC 256 ISSUES & FOR SUMMARY JUDGMENT AS TO
                INVENTORSHIP
             3) DEFTS TIDELANDS & OIL TECH SERVICES' MOTION TO REOPEN
                DISCOVERY & FOR LEAVE TO AMEND ANSWER & COUNTERCLAIMS
             4) PLTF'S MOTION TO COMPEL DISCOVERY DUE TO DEFTS' FAILURE
                TO SUPPLEMENT PLTF'S DISCOVERY REQUESTS
             5) PLTF'S MOTION FOR SUMMARY JUDGMENT THAT THE PATENT-IN-
                SUIT IS NOT INVALID UNDER 35 USC 112
             6) PLTF'S MOTION FOR SUMMARY JUDGMENT EXCLUDING
                LACHES/EQUITABLE ESTOPPEL DEFENSE
             7) PLTF'S MOTIONS IN LIMINE

    Counsel are hereby notified that the above matters calendared for
hearing on 3/12/01, are submitted for decision without oral argument.

    The matters re removed from the Court's 3/12/01 calendar and
appearances are not necessary.

cc:   Counsel of Record

MINUTES FORM 11                           INITIALS OF DEPUTY CLERK hgf
CIV-GEN

ENTER ON ICMS
MAR - 8