UNITED STATES DISTRICT COURT      P-SEND
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO.  CV 97-1617-RSWL              DATE:  May 8, 2001

TITLE: THE BABCOCK & WILCOX CO -v- TIDELANDS OIL PRODUCTIONS, et al

---

PRESENT:    HONORABLE RONALD S.W. LEW, JUDGE

| Krista Barrett | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS FOR PLAINTIFFS:          ATTORNEYS FOR DEFENDANTS:

Not Present                         Not Present

---

PROCEEDINGS: IN CHAMBERS

RE: 1) PLTF'S MOTION FOR RECONSIDERATION OF COURT'S GRANT OF DEFT'S
       MOTION FOR SUMMARY JUDGMENT OF LITERAL NON-INFRINGEMENT UNDER
       35 USC 112(6) EQUIVALENTS
    2) DEFT TIDELANDS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

    Counsel are hereby notified that the above matters calendared for **5-14-01** are submitted for decision without oral argument.

    The matters are removed from the Court's 5-14-01 calendar and appearances are not necessary.

ENTERED ON ICMS
MAY -9 2001

MINUTES FORM 11                    INITIALS OF DEPUTY CLERK
CIV-GEN