```
 1  GUY E. MATTHEWS
    THE MATTHEWS FIRM
 2  1900 West Loops South, Suite 1800
    Houston, Texas 77027
 3  Telephone: (713) 355-4200
    Facsimile: (713) 355-9689
 4
    GARY A. CLARK, CAL. BAR NO. 65455
 5  JANENE P. BASSETT, CAL. BAR NO. 197722
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 6  333 South Hope Street, 48th Floor
    Los Angeles, California 90071-1448
 7  Telephone: (213) 620-1780
    Facsimile: (213) 620-1398
 8
    Attorneys for Defendant
 9  TIDELANDS OIL PRODUCTION COMPANY
10
11                  UNITED STATES DISTRICT COURT
12                 CENTRAL DISTRICT OF CALIFORNIA
13                        WESTERN DIVISION
14
15  THE BABCOCK & WILCOX              )
    COMPANY, a Delaware corporation,  )  Case No. CV 97-1617 RSWL (RNBx)
16                                    )
              Plaintiff,              )
17                                    )  [PROPOSED] ORDER AND
         v.                           )  JUDGMENT
18                                    )
    TIDELANDS OIL PRODUCTION          )
19  COMPANY, a California Partnership;)  Date: May 14, 2001
    OIL TECH SERVICES, INC., a Texas  )  Time: 9:00 a.m.
20  corporation; THERMAL SYSTEMS      )  Ctrm: 21, Hon. Ronald S. W. Lew
    INTERNATIONAL, INC., a California )
21  corporation,                      )
                                      )
22            Defendants.             )
                                      )
23                                    )
24  _____
25
26
27
28
    LA:LJS\PLD\LKL\70289326.1                               [PROPOSED] ORDER
```

Priority ✗
Send ✗
Enter ✗
Closed ___
No JS-5/JS-6 ✗
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2001
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 18 2001
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
APR 27 2001
CENTRAL DISTRICT OF CALIFORNIA

RECEIVED BUT NOT FILED
APR 27 2001
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY                    DEPUTY

✓ Docketed
✓ Copies / NTC Sent
No JS-5 / JS-6
___ JS-2 / JS-3
___ CLSD

368

MAY 18 2001

1  Defendant Tidelands Oil Production Co. ("Tidelands'") having filed a
2  Motion For Summary Judgment of Non-infringement and supporting papers, and the
3  Court having considered all of the evidence and arguments,
4
5  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
6  Defendant Tidelands' Motion for Summary Judgment of Non-Infringement is granted
7  because Oil Tech Services, Inc.'s tubulars, which Tidelands purchased and use, do not
8  infringe Plaintiff's U.S. Patent No. 4,512,721 as a matter of law, literally or under the
9  doctrine of equivalents, and that Plaintiffs patent infringement claim against Defendant
10  Tidelands is hereby dismissed with prejudice.
11
12  Dated: MAY 17 2001

RONALD S. W LEW
13  _____
14  UNITED STATES DISTRICT JUDGE
15
16  Presented by:
    THE MATTHEWS FIRM
17
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
18
19  By _____
        GARY A. CLARK
20
    Attorneys for Defendant
21  TIDELANDS OIL PRODUCTION CO.

## PROOF OF SERVICE BY OVERNIGHT DELIVERY SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is Sheppard, Mullin, Richter & Hampton LLP, 333 South Hope Street, 48th Floor, Los Angeles, California 90071, which is located in the county in which the within-mentioned mailing occurred. I am readily familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery service. Such correspondence will be deposited with the overnight delivery service for delivery on the following day.

On **April 27, 2001**, I served the following documents:

**[PROPOSED] ORDER AND JUDGMENT**

by placing a true copy in an envelope(s) to the addressee(s) named below, with the name(s) and address(es) of the person(s) served shown on the envelope(s) as follows:

| | |
|---|---|
| **James A. Cathcart, Esquire**<br>**Bonneville, Viert, Morton & McGoldrick**<br>**820 "A" Street, Suite 600**<br>**Tacoma, Washington  98401** | **Monte L. Falcoff, Esquire**<br>**Robert J. Lenihan, II, Esquire**<br>**Harness, Dickey & Pierce, P.L.C.**<br>**5445 Corporate Drive, Suite 400**<br>**Troy, Michigan  48098-2683** |

**John Fitzgerald, Esq.**
**Fulwider Patton Lee & Utecht, LLP**
**Howard Hughes Center**
**6060 Center Drive, Tenth Floor**
**Los Angeles, California  90045**

and by sealing the envelope(s) and placing it (them) in the appropriate location at my place of business for collection in accordance with ordinary business practices for overnight delivery.

Executed on **April 27, 2001**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
Jeanette Petzold

LA:LJS\PROOF\LKL\70267327.1